**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael CAMERENO, Defendant–
Appellant.**

**No. 11–12970
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 30, 2012.

Michelle Schieber, U.S. Attorney's Office, Macon, GA, Melvin E. Hyde, Jr., Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

William L. Kirby, II, Attorney at Law, Columbus, GA, for Defendant–Appellant.

Before EDMONDSON, MARTIN and FAY, Circuit Judges.

PER CURIAM:

William L. Kirby II, appointed counsel for Michael Camereno, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Camereno's conviction and sentence is **AFFIRMED.**